UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DANA E. YOUNG, SR.,

    Petitioner

    -vs-

EDWARD J. KLEM, Superintendent, et al.,

    Respondents

NO. 3:CV-07-838

(Judge Kosik)

## ORDER

AND NOW, this 14th day of May, 2007, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the Petition (Dkt. Entry 1) by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the Pennsylvania Board of Probation and Parole;

2. Within twenty (20) days of receipt of this Order, Respondents shall answer the allegations in the Petition for Writ of Habeas Corpus in the manner required by Rule 5 of the Rules Governing §2254 Cases in the United States Courts;

3. A Memorandum of Law shall be filed with the Answer. The Memorandum shall contain the relevant facts and procedural history of the case, a recommended disposition of the Petition, and citations to pertinent case law;

4. If the Petitioner chooses to file a Reply, the Reply shall be filed within fifteen (15) days of the filing of the Response;

5. A determination whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondents' Answer and Memorandum of Law, and the Petitioner's Reply, if he chooses to file one;

6. Petitioner's motion to proceed *in forma pauperis* (Dkt. Entry 2) is granted;

*s/Edwin M. Kosik*
United States District Judge